IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| STATE OF GEORGIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 117-141 |
| | ) | |
| T. ANTHONY HESED-EL, *also known as* T HESED EL, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 13.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** as **MOOT** the motion to proceed *in forma pauperis* and Emergency Motion to Dismiss, (doc. nos. 2, 4), and **DISMISSES** this case. As the Magistrate Judge explained, this case was never properly removed, but in an abundance of caution, the Court **REMANDS** the matter to the State Court of Richmond County, Georgia. The civil action in this Court stands **CLOSED**.

SO ORDERED this 5th day of December, 2017, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA